MART B. SHEPARD, as Administrator of the Estate of FRANK J. BROWN, Deceased, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Respondent.

*Shepard* v. *Pennsylvania R. R. Co.*, 158 App. Div. 884, reversed.
(Submitted January 14, 1915; decided February 2, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 24, 1913, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*John T. Ryan* for appellant.

*Frank Rumsey* and *H. J. Adams* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of KRUSE, P. J., below.

Concur: WILLARD BARTLETT, Ch. J., COLLIN, HOGAN, CARDOZO and SEABURY, JJ. Dissenting: HISCOCK and CUDDEBACK, JJ.